UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                              CASE NO: 07-35079
                                                            (Chapter 13)

CHERYL A BROWNING                                   JUDGE: LAWRENCE S. WALTER

---

TRUSTEE'S AUTHORIZATION FOR CREDIT TRANSACTION

---

   Pursuant to LBR 4001-3(a) delegating authority to the Trustee to allow the Debtor to enter into certain credit transactions, and the Trustee having reviewed and considered the requested transaction, the Trustee authorizes the Debtor to enter into the credit transaction with Envoy Mortgage for the Real Estate as set forth in the request from the Debtor. This authorization expires 9/23/2011.

   This is not a recommendation that credit be extended and, if credit is extended, repayment of the loan must be made directly by the Debtor to the Creditor who grants the loan.

/s/ JEFFREY M. KELLNER

JEFFREY M. KELLNER    0022205

CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
Phone:  (937) 222-7600
Fax:  (937) 222-7383
email: chapter13@dayton13.com

CERTIFICATE OF SERVICE        07-35079

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CHERYL A BROWNING
4895 US Rt 36
Fletcher, OH  45236

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(54.1n)
BENEFICIAL OHIO INC
961 WEIGEL DR
ELMHURST, IL  60126

(51.1n)
JOE M LOZANO JR
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(52.1n)
MARTHA R SPANER
1500 W THIRD ST STE 400
CLEVELAND, OH  44113

(53.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

JEFFREY M. KELLNER, Trustee  BY /s/JEFFREY M. KELLNER

0735079_171_07251018_085_T273

###